## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | } | Case No. 08-33951 |
| | } | Chapter 7 |
| Richard Ryan Dempsey and Eileen M. | } | Judge Jacqueline P. Cox |
| Dempsey, | } | |
| | } | Hearing Date: April 28, 2009 |
| Debtor(s). | } | Hearing Time 9:30 a.m. |

### ORDER EXTENDING TRUSTEE'S TIME TO OBJECT TO DISCHARGE

This matter having come on for hearing with reference to the Trustee's second

routine motion to extend his time to object to discharge, all as more particularly set forth

therein, notice having been served on the Debtor(s) and other parties entitled to notice,

and the Court being fully advised in the premises,

IT IS ORDERED THAT:

1.     The Trustee's motion is granted and the last date for the Trustee to object

to the discharge of Richard Ryan Dempsey and Eileen M. Dempsey is extended from

April 30, 2009 until May 31, 2009.

DATED: 4-28-09

ENTER:

_Jacqueline P. Cox_

_J. Cox_

U.S. BANKRUPTCY JUDGE

Order prepared by:
Richard M. Fogel (#3127114)
Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL  60654
312-276-1334

{4273 ORD A0227486.DOC}