IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re matter of | ) | CHAPTER 7 |
| | ) | |
| RICHARD RYAN DEMPSEY and | ) | NO. 08 B 33951 |
| EILEEN M. DEMPSEY, | ) | |
| | ) | |
| Debtors, | ) | JUDGE JACQUELINE P. COX |
| | ) | |

**ROUTINE MOTION FOR EXTENSION OF TIME TO FILE COMPLAINT
OBJECTING TO DISCHARGE OF THE DEBTORS AND/OR TO
DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS**

NOW COMES GEORGE J. MCCARTHY (George McCarthy), by and through his attorneys, Messer & Stilp, Ltd., and for his Routine Motion for Extension of Time to File Complaint Objecting to Discharge of the Debtors and/or to Determine Dischargeability of Certain Debts, states as follows:

1. The deadline for George McCarthy to file a Complaint to determine the dischargeability of debts owed to him is May 18, 2009.

2. George McCarthy is a creditor and a party in interest herein. George McCarthy is listed as holding a claim in the amount of $2,579,004.11 on Schedule F of Debtors' Petition.

3. George McCarthy intends to file a Complaint to determine the dischargeability of debts owed to him.

4. This Court previously ruled that Richard Ryan Dempsey and Eileen M. Dempsey were to produce documents in response to George McCarthy Motion for Rule 2004 Examination on or before April 30, 2009. Over one thousand documents were produced by Richard Ryan Dempsey and Eileen M. Dempsey on April 30, 2009.

5. The Rule 2004 examination of Richard Ryan Dempsey and Eileen M. Dempsey was conducted on May 7, 2009. There was approximately seven hours of testimony taken.

6. George McCarthy requires the transcript of the Rule 2004 examination prior to drafting the Complaint to determine the dischargeability of debts owed to him.

7. The proposed order requests and extension of thirty (30) days.

8. This motion is not brought for purposes of harassment or delay.

WHEREFORE, George J. McCarthy prays that this Honorable Court grant his Routine Motion for Extension of Time to File Complaint Objecting to Discharge of the Debtors and/or to Determine Dischargeability of Certain Debts, and granting such other and further relief as this Court deems just and appropriate.

Respectfully submitted,

GEORGE J. MCCARTHY

By:   /s/ Thomas R. Stilp

Thomas R. Stilp ( #06198439)
John N. Bielski II (#6242527)
Messer & Stilp, Ltd.
166 W. Washington, Suite 300
Chicago, IL 60602
(312) 334-3445
(312) 334-3434 (Fax)
bielski@messerstilp.com
stilp@messerstilp.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re matter of | ) | CHAPTER 7 |
| | ) | |
| RICHARD RYAN DEMPSEY and | ) | NO. 08 B 33951 |
| EILEEN M. DEMPSEY, | ) | |
| | ) | JUDGE JACQUELINE P. COX |
| Debtors, | ) | |
| | ) | Hearing Date: May 14, 2009 |

## ORDER EXTENDING TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE OF THE DEBTORS AND/OR TO DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS

THIS MATTER coming before the Court, the Court being duly advised and fully informed,

IT IS HEREBY ORDERED:

Creditor's, George J. McCarthy, Motion is granted and the deadline to file complaint objecting to discharge of the debtors and/or to determine dischargeability of certain debts is extended to June 17, 2009.

DATED:

ENTER:

_____
U.S. BANKRUPTCY JUDGE

Order prepared by:

John N. Bielski II (#6242527)
Messer & Stilp, Ltd.
166 W. Washington, Suite 300
Chicago, IL 60602
(312) 334-3445