IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re matter of | ) | CHAPTER 7 |
| | ) | |
| RICHARD RYAN DEMPSEY and | ) | NO. 08 B 33951 |
| EILEEN M. DEMPSEY, | ) | |
| | ) | |
| Debtors, | ) | JUDGE JACQUELINE P. COX |
| | ) | |

## NOTICE OF ROUTINE MOTION

To:    See attached service list

PLEASE TAKE NOTICE that on Thursday, May 14, 2009 at 9:30 a.m., the undersigned counsel will appear before the Honorable Jacqueline P. Cox , or any judge in her stead, in Courtroom 619 in the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, to present George J. McCarthy's Routine Motion for Extension of Time to File Complaint Objecting to Discharge of the Debtors and/or to Determine Dischargeability of Certain Debts, at which time and place you may appear as you see fit to do.

Respectfully Submitted,

for George J. McCarthy

By:    /s/ Thomas R. Stilp
       Thomas R. Stilp ( #06198439)
       John N. Bielski II (#6242527)
       Messer & Stilp, Ltd.
       166 W. Washington, Suite 300
       Chicago, IL 60602
       (312) 334-3445
       (312) 334-3434 (Fax)
       bielski@messerstilp.com
       stilp@messerstilp.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached Motion was sent via facsimile and electronically filed with the Clerk of the Bankruptcy Court of the Northern District of Illinois using the CM/ECF system, which will send notification of such filing to the following participants on the date indicated below:

>Forrest L. Ingram, fingram@fingramlaw.com
>Richard M. Fogel, Trustee, rfogel@shawgussis.com

DATE: May 11, 2009

>Respectfully Submitted,
>
>for the Plaintiffs
>
>By:  /s/ Thomas R. Stilp
>Thomas R. Stilp ( #06198439)
>John N. Bielski II (#6242527)
>Messer & Stilp, Ltd.
>166 W. Washington, Suite 300
>Chicago, IL 60602
>(312) 334-FIRM (3476)
>(312) 334-3434 (Fax)
>stilp@messerstilp.com
>bielski@messerstilp.com