Case 08-33951    Doc 30    Filed 05/14/09    Entered 05/15/09 10:04:46    Desc Main
                    Document      Page 1 of 1

08-33951:27.0:Motion to Extend Time to File Objection to Dischargeability of a Debt Under 523:Main Document Entered: 5/11/2009 11:48:22 AM by:Thomas Stilp Page

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re matter of | ) | CHAPTER 7 |
| | ) | |
| RICHARD RYAN DEMPSEY and | ) | NO. 08 B 33951 |
| EILEEN M. DEMPSEY, | ) | |
| | ) | JUDGE JACQUELINE P. COX |
| Debtors, | ) | |
| | ) | Hearing Date: May 14, 2009 |

## ORDER EXTENDING TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE OF THE DEBTORS AND/OR TO DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS

THIS MATTER coming before the Court, the Court being duly advised and fully informed,

IT IS HEREBY ORDERED:

Creditor's, George J. McCarthy, Motion is granted and the deadline to file complaint objecting to discharge of the debtors and/or to determine dischargeability of certain debts is extended to June 17, 2009.

DATED: 5-14-09

ENTER: *Jacqueline P. Cox*
J. Cox

_____
U.S. BANKRUPTCY JUDGE

Order prepared by:

John N. Bielski II (#6242527)
Messer & Stilp, Ltd.
166 W. Washington, Suite 300
Chicago, IL 60602
(312) 334-3445