B6F (Official Form 6F) (12/07)

In re **Richard Ryan Dempsey,**
**Eileen M. Dempsey**
                                                                      ,
                              Debtors

Case No. **08-33951**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx8503** <br><br> **American Express** <br> **c/o Becket and Lee** <br> **Po Box 3001** <br> **Malvern, PA 19355** | | H | **Opened 10/30/70  Last Active  6/10/06** <br> **CreditCard** | | | | **69,981.00** |
| Account No. **xxxxxxxxxxxx8505** <br><br> **American Express** <br> **c/o Becket and Lee** <br> **Po Box 3001** <br> **Malvern, PA 19355** | | H | **Opened 10/01/70** <br> **CreditCard** | | | | **59,470.00** |
| Account No. **xxxx-xxxxxx-x8001** <br><br> **American Exptress** <br> **Box 0001** <br> **Los Angeles, CA 90096-0001** | | J | **2007** <br> **Revolving credit** <br> **Judgment in Case No. 07 M1-160648** | | | | **69,714.68** |
| Account No. **xxxx8764** <br><br> **Asset Acceptance** <br> **PO Box 2036** <br> **Warren, MI 48090** | | W | **Opened 2/01/08** <br> **Neiman Marcus** | | | | **7,421.00** |

__4__  continuation sheets attached

Subtotal
(Total of this page)    **206,586.68**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    S/N:29834-090728    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Richard Ryan Dempsey,**
       **Eileen M. Dempsey**
_____,
                                  Debtors

Case No.   **08-33951**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3640**<br><br>**Asset Acceptance**<br>**PO Box 2036**<br>**Warren, MI 48090** | | W | **Opened  9/01/08**<br>**Victoria's Secret** | | | | **187.00** |
| Account No. **xxx5259**<br><br>**Atlantic Card**<br>**PO Box 13386**<br>**Roanoke, VA 24033** | | H | **HSBC Revolving Credit** | | | | **14,174.00** |
| Account No. **xxxxxxxxxxxx0149**<br><br>**Banana Republic**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | W | **Opened  8/01/03  Last Active 7/19/06**<br>**Charge Account** | | X | | **0.00** |
| Account No. **7698**<br><br>**Bank Of America**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC 27420** | | H | **Opened  1/01/00  Last Active 3/20/06**<br>**CreditCard** | | | | **46,774.00** |
| Account No. **xxxx-xxxx-xxxx-7734**<br><br>**Bank Of America**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC 27420** | | H | **2008**<br>**CreditCard** | | | | **12,507.00** |

Sheet no. __**1**__ of __**4**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **73,642.00**

In re **Richard Ryan Dempsey,**
**Eileen M. Dempsey** , Case No. **08-33951**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx3202**<br><br>**Bloomingdale's**<br>**9111 Duke Blvd**<br>**Mason, OH 45040** | | W | **Opened 10/01/98  Last Active 12/31/06**<br>**Revolving Credit** | | | | **3,559.00** |
| Account No.<br><br>**Chillicothe Construction**<br>**2626 North Lakevie Avenue**<br>**Apartment 703**<br>**Chicago, IL 60614** | | H | **1992**<br>**Business Loan to Richard Dempsey.** | | | | **942,000.00** |
| Account No. **xxxxxxxx6111**<br><br>**Citibank**<br>**Blatt,Hasenmiller,Leibsker,&Moore**<br>**125 S. Wacker Dr., Ste. 400**<br>**Chicago, IL 60606** | | W | **2007**<br>**CreditCard --**<br>**Cook 07 M1 206029** | | | | **39,218.00** |
| Account No.<br><br>**Demhoff** | | J | | | | | **0.00** |
| Account No.<br><br>**Demhoff Corp.**<br>**2626 N LAKEVIEW APT #1303**<br>**Chicago, IL 60614** | | J | **2005 - 2008**<br>**2005 - $17,000;**<br>**2006 - $24,000;**<br>**2007 - $117,000;**<br>**2008 - $63,500** | | | | **439,500.00** |

Sheet no. **2** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,424,277.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Richard Ryan Dempsey,**
**Eileen M. Dempsey**
_____, Debtors

Case No. **08-33951**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx7096<br><br>**Express**<br>**PO Box 182273**<br>**Columbus, OH 43218** | | W | **Opened 6/01/03 Last Active 8/31/03**<br>**ChargeAccount** | | X | | 0.00 |
| Account No. xxxx-xxxx-xxxx-1715<br><br>**First USA Bank / Milage Plus**<br>**c/o Resurgence Financial, LLC**<br>**4100 Commercial Avenue**<br>**Northbrook, IL 60062** | | H | **Revolving credit** | | | | 16,419.72 |
| Account No.<br><br>**George J. McCarthy**<br>**Messer & Stilp, Ltd**<br>**166 W. Washingbton St, Ste 300**<br>**Chicago, IL 60602** | | H | **01/11/2008**<br>**Judgment - DuPage County Judicial Center 00 L 933** | | | | 2,579,004.11 |
| Account No. xxxxxx8164<br><br>**HSBC**<br>**Attn: Bankruptcy**<br>**Po Box 5213**<br>**Carol Stream, IL 60197** | | H | **Opened 4/01/96 Last Active 10/01/00**<br>**CreditCard** | | X | | 0.00 |
| Account No. xxxxxxxx0293<br><br>**HSBC**<br>**Attn: Bankruptcy**<br>**PO Box 5213**<br>**Carol Stream, IL 60197** | | H | **Opened 4/01/96 Last Active 3/01/00**<br>**Credit Card** | | X | | 0.00 |

Sheet no. **3** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **2,595,423.83**

In re **Richard Ryan Dempsey,**
**Eileen M. Dempsey**
_____,
Debtors

Case No. **08-33951**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2467** <br><br> **HSBC** <br> **PO Box 15521** <br> **Wilmington, DE 19805** | | W | **Opened 2/02/77 Last Active 3/20/07** <br> **Saks Fifth Avenue Charge Account** | | X | | 0.00 |
| Account No. **xxxx-1646** <br><br> **Illinois Department of Revenue** <br> **Bankruptcy Section Level 7-425** <br> **100 W. Randolph St.** <br> **Chicago, IL 60606** | | J | **1999-2004** <br> **Disputed state tax assessment against debtor filing federal tax returns from Florida residence** | | | X | 156,059.51 |
| Account No. **xxxxxx5220** <br><br> **Macy's** <br> **DSNB Macy's, Attn: Bankruptcy** <br> **PO Box 8053** <br> **Mason, OH 45040** | | W | **Opened 8/01/76 Last Active 3/20/06** <br> **ChargeAccount** | | | | 5,665.00 |
| Account No. **xxxxxxxx9920** <br><br> **Macy's** <br> **Attn: Bankruptcy** <br> **PO Box 8053** <br> **Mason, OH 45040** | | H | **Opened 1/01/04 Last Active 7/01/06** <br> **ChargeAccount** | | | | 1,393.00 |
| Account No. **1247** <br><br> **Pinnacle Credit Services** <br> **PO Box 640** <br> **Hopkins, MN 55343** | | H | **Opened 10/01/07** <br> **Capital GE** | | | | 3,060.00 |

Sheet no. **4** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **166,177.51**

Total (Report on Summary of Schedules) **4,466,107.02**