# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: froman | Date Created: 9/16/2009 |
| Case: 08−33951 | Form ID: b18 | Total: 31 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
12953610   Colorado Dept. of Revenue
                                                                                                    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Richard Ryan Dempsey      2626 Lakeview Ave.       Apt. 1303       Chicago, IL 60614
jdb        Eileen M. Dempsey         2626 N. Lakeview Ave.    Apt. 1303       Chicago, IL 60614
tr         Richard M Fogel           Shaw Gussis Fishman Glantz Wolfson       321 N Clark Street Suite 800       Chicago, IL 60654
aty        Forrest L Ingram          Forrest L. Ingram, P.C.  79 W Monroe Street      Suite 900       Chicago, IL 60603
12953599   American Express          c/o Becket and Lee       Po Box 3001     Malvern, PA 19355
12953600   American Exptress         Box 0001                 Los Angeles, CA 90096−0001
12953601   Asset Acceptance          PO Box 2036              Warren, MI 48090
12953602   Atlantic Card             PO Box 13386             Roanoke, VA 24033
12953603   Baker &Miller             29 N Wacker Drive        Chicago, IL 60603
12953604   Banana Republic           PO Box 103104            Roswell, GA 30076
12953605   Bank Of America           4161 Piedmont Pkwy       Greensboro, NC 27420
12953606   Bloomingdale's            9111 Duke Blvd           Mason, OH 45040
12953607   Chillicothe Construction  2626 North Lakevie Avenue       Apartment 703       Chicago, IL 60614
12953609   Citibank      Attn: Centralized Bankruptcy       PO Box 20507       Kansas City, MO 64915−0507
12953608   Citibank      Blatt,Hasenmiller,Leibsker,        125 S. Wacker Dr., Ste. 400       Chicago, IL 60606
12953611   DSNB Macy's   c/o Capital Management Services    726 Exchange Street, Ste. 700       Buffalo, NY 14210
12953612   Express       PO Box 182273                      Columbus, OH 43218
12953613   First USA Bank / Milage Plus       c/o Resurgence Financial, LLC       4100 Commercial Avenue       Northbrook, IL 60062
13044567   GMAC          PO BOX 130424                      Roseville, MN 55113
12953614   George J. McCarthy        Messer &Stilp, Ltd     166 W. Washingbton St, Ste 300       Chicago, IL 60602
12953615   HSBC          Attn: Bankruptcy       Po Box 5213       Carol Stream, IL 60197
12953616   HSBC          PO Box 15521                       Wilmington, DE 19805
12953617   HSBC − Neiman Marcus      Attn: Bankruptcy       PO Box 15522       Wilmington, DE 19850
12953618   Illinois Department of Revenue Bankruptcy Section       P.O. Box 64338       Chicago, IL 60664−0338
12953619   John Bielski II           Messer &Stilp, Ltd.    166 W. Washington, Ste. 300       Chicago, IL 60602−2390
12953621   Macy's        Attn: Bankruptcy       PO Box 8053       Mason, OH 45040
12953620   Macy's        DSNB Macy's, Attn: Bankruptcy      PO Box 8053       Mason, OH 45040
12953622   Pinnacle Credit Services  PO Box 640             Hopkins, MN 55343
12953623   Plaza Associates          370 Seventh Ave.       New York, NY 10001−3900
12953624   Victoria's Secret         P.O. Box 182128        Columbus, OH 43218−2128
                                                                                                    TOTAL: 30