B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 08–33951**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Richard Ryan Dempsey | Eileen M. Dempsey |
| 2626 Lakeview Ave. | 2626 N. Lakeview Ave. |
| Apt. 1303 | Apt. 1303 |
| Chicago, IL 60614 | Chicago, IL 60614 |

Social Security / Individual Taxpayer ID No.:
  xxx–xx–1646                                   xxx–xx–7299

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                                       FOR THE COURT

Dated: September 16, 2009                       Kenneth S. Gardner, Clerk
                                                          United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**B18J (Official Form 18J) (12/07) – Cont.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: froman                Page 1 of 2           Date Rcvd: Sep 16, 2009
Case: 08-33951                 Form ID: b18                Total Noticed: 29

The following entities were noticed by first class mail on Sep 18, 2009.
db/jdb     +Richard Ryan Dempsey,   Eileen M. Dempsey,   2626 Lakeview Ave.,   Apt. 1303,
             Chicago, IL 60614-1811
aty        +Forrest L Ingram,   Forrest L. Ingram, P.C.,   79 W Monroe Street,   Suite 900,
             Chicago, IL 60603-4914
tr         +Richard M Fogel,   Shaw Gussis Fishman Glantz Wolfson,   321 N Clark Street  Suite 800,
             Chicago, IL 60654-4766
12953600    American Exptress,   Box 0001,   Los Angeles, CA 90096-0001
12953602   +Atlantic Card,   PO Box 13386,   Roanoke, VA 24033-3386
12953603   +Baker & Miller,   29 N Wacker Drive,   Chicago, IL 60606-2854
12953604    Banana Republic,   PO Box 103104,   Roswell, GA 30076
12953607   +Chillicothe Construction,   2626 North Lakevie Avenue,   Apartment 703,   Chicago, IL 60614-1810
12953608   +Citibank,   Blatt,Hasenmiller,Leibsker,&Moore,   125 S. Wacker Dr., Ste. 400,
             Chicago, IL 60606-4440
12953609   +Citibank,   Attn: Centralized Bankruptcy,   PO Box 20507,   Kansas City, MO 64195-0507
12953611   +DSNB Macy's,   c/o Capital Management Services,   726 Exchange Street, Ste. 700,
             Buffalo, NY 14210-1464
12953613   +First USA Bank / Milage Plus,   c/o Resurgence Financial, LLC,   4100 Commercial Avenue,
             Northbrook, IL 60062-1833
13044567   +GMAC,   PO BOX 130424,   Roseville, MN 55113-0004
12953614   +George J. McCarthy,   Messer & Stilp, Ltd,   166 W. Washingbton St, Ste 300,
             Chicago, IL 60602-2390
12953618    Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
12953619    John Bielski II,   Messer & Stilp, Ltd.,   166 W. Washington, Ste. 300,   Chicago, IL 60602-2390
12953622   +Pinnacle Credit Services,   PO Box 640,   Hopkins, MN 55343-0640
The following entities were noticed by electronic transmission on Sep 16, 2009.
tr         +EDI: BRMFOGEL.COM Sep 16 2009 19:38:00      Richard M Fogel,   Shaw Gussis Fishman Glantz Wolfson,
             321 N Clark Street  Suite 800,   Chicago, IL 60654-4766
12953599   +EDI: BECKLEE.COM Sep 16 2009 19:38:00      American Express,   c/o Becket and Lee,   Po Box 3001,
             Malvern, PA 19355-0701
12953601   +EDI: ACCE.COM Sep 16 2009 19:38:00      Asset Acceptance,   PO Box 2036,   Warren, MI 48090-2036
12953605   +EDI: BANKAMER.COM Sep 16 2009 19:38:00      Bank Of America,   4161 Piedmont Pkwy,
             Greensboro, NC 27410-8119
12953606   +EDI: TSYS2.COM Sep 16 2009 19:38:00      Bloomingdale's,   9111 Duke Blvd,   Mason, OH 45040-8999
12953609   +EDI: CITICORP.COM Sep 16 2009 19:38:00      Citibank,   Attn: Centralized Bankruptcy,
             PO Box 20507,   Kansas City, MO 64195-0507
12953612   +EDI: WFNNB.COM Sep 16 2009 19:38:00      Express,   PO Box 182273,   Columbus, OH 43218-2273
13044567   +EDI: GMACFS.COM Sep 16 2009 19:38:00      GMAC,   PO BOX 130424,   Roseville, MN 55113-0004
12953615   +EDI: HFC.COM Sep 16 2009 19:38:00      HSBC,   Attn: Bankruptcy,   Po Box 5213,
             Carol Stream, IL 60197-5213
12953616   +EDI: HFC.COM Sep 16 2009 19:38:00      HSBC,   PO Box 15521,   Wilmington, DE 19850-5521
12953617   +EDI: HFC.COM Sep 16 2009 19:38:00      HSBC - Neiman Marcus,   Attn: Bankruptcy,   PO Box 15522,
             Wilmington, DE 19850-5522
12953621   +EDI: TSYS2.COM Sep 16 2009 19:38:00      Macy's,   Attn: Bankruptcy,   PO Box 8053,
             Mason, OH 45040-8053
12953620   +EDI: TSYS2.COM Sep 16 2009 19:38:00      Macy's,   DSNB Macy's, Attn: Bankruptcy,   PO Box 8053,
             Mason, OH 45040-8053
12953622   +EDI: PHINPINN.COM Sep 16 2009 19:38:00      Pinnacle Credit Services,   PO Box 640,
             Hopkins, MN 55343-0640
12953623    EDI: PHINPLAZA.COM Sep 16 2009 19:38:00      Plaza Associates,   370 Seventh Ave.,
             New York, NY 10001-3900
12953624    EDI: WFNNB.COM Sep 16 2009 19:38:00      Victoria's Secret,   P.O. Box 182128,
             Columbus, OH 43218-2128
                                                                                              TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12953610     Colorado Dept. of Revenue
                                                                                               TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: froman           Page 2 of 2              Date Rcvd: Sep 16, 2009
Case: 08-33951                Form ID: b18           Total Noticed: 29
```

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 18, 2009**            **Signature:**    _Joseph Speetjens_